UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:  Randy Jason Adams

Debtor

Case No.   20-71589
Chapter  7

STATEMENT REGARDING PAY STUBS (11 U.S.C. §521(a)(1))

I, the undersigned debtor, hereby certify that during the 60 day period preceding the filing of my bankruptcy petition in this case:

☑    I attached pay stubs

OR

I, the undersigned debtor, hereby certify that during the 60 day period preceding the filing of my bankruptcy petition in this case, I did not receive pay stubs from an employer because:

☐    I am self-employed; or

☐    My employer did not provide pay stubs.

☐    Other

Dated: 11/6/2020

Randy J Adams
Debtor

**AmeriCold Logistics, LLC**
10 Glenlake Parkway, Suite 600, South Tower
Atlanta, GA 30328
678/441-1400

| Pay Group: | WH1-Weekly Sunday - Saturday |
|---|---|
| Pay Begin Date: | 10/18/2020 |
| Pay End Date: | 10/24/2020 |

| Business Unit: | 003PL |
|---|---|
| Advice #: | 000000004017493 |
| Advice Date: | 10/30/2020 |

Randy Jason Adams
9576 Briar Creek Lane
Jonesboro, GA 30238

| Employee ID: | 172323 |
|---|---|
| Department: | 32702002-Atlanta Whse Ops Kroger |
| Location: | Atlanta Ft. Gillem 3PL |
| Job Title: | Warehouse Order Selector |
| Pay Rate: | $17.500000 Hourly |

**TAX DATA:**

| | Federal | GA State |
|---|---|---|
| Tax Status: | Single | Single |
| Allowances: | N/A | 1 |
| Addl. Percent: | N/A | |
| Addl. Amount: | | |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Hours | 17.500000 | 24.15 | 422.63 | 24.15 | 422.63 |
| TOTAL: | | 24.15 | 422.63 | 24.15 | 422.63 |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 18.42 | 18.42 |
| Fed MED/EE | 6.13 | 6.13 |
| Fed OASDI/EE | 26.20 | 26.20 |
| GA Withholding | 12.91 | 12.91 |
| TOTAL: | 63.66 | 63.66 |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| TOTAL: | 0.00 | 0.00 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| TOTAL: | 0.00 | 0.00 |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 422.63 | 422.63 | 63.66 | 0.00 | 358.97 |
| YTD | 422.63 | 422.63 | 63.66 | 0.00 | 358.97 |

## NET PAY DISTRIBUTION

Advice #000000004017493

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | 1035487 | 358.97 |
| TOTAL: | | 358.97 |

MESSAGE: